NUMBER 13-06-686-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________ ________________________


FRANCISCO GARCIA, Appellant,


v.



ADVANTAGE USAA, INC. AND OSCAR GALVAN, Appellees.

____________________________________ _____________________________


On appeal from the 197th District Court of Cameron County, Texas.


___________________________________ ______________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Benavides and Vela


Memorandum Opinion Per Curiam



 Appellant, FRANCISCO GARCIA, attempted to perfect an appeal from a
judgment entered by the 197th District Court of Cameron County, Texas, in cause
number 2004-12-6127-C. The clerk's record was received on February 9, 2007. 

 Upon review of the clerk's record, this Court noted the following defects:

 1) It does not appear that an appeal was perfected from the
summary judgment granted in favor of Advantage USAA,
Inc. on April 29, 2005. On May 17, 2006, the trial court
granted Advantage's motion to sever and severed this
cause into cause number 2006-05-2322-C; however, it
does not appear that an appeal was perfected from this
severed cause number.


 2) It does not appear that the judgment from which this appeal
is taken is a final, appealable judgment since it does not
appear that the cause of action against American Labor
Service, Inc. has been disposed of.


 3) If the judgment is final, then it appears that the notice of
appeal was untimely filed.


Pursuant to Tex. R. App. P. 42.3, notice of these defects was given so that steps could
be taken to correct the defects, if it could be done. Appellant was advised that, if the
defects were not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed. Appellant's response to this Court's notice was received
and filed on August 9, 2007. In his response, appellant agreed with this Court's
observation that there was no final judgment in trial court number 2004-12-6127-C,
and he agreed that no attempt was made to perfect an appeal from the severed cause
number (2006-05-2322-C). 

 The Court, having considered the documents on file and appellant's response
to this Court's notice, is of the opinion that the appeal should be dismissed for want
of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of August, 2007.